IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WILLIAM E. CHANCE, JR., #644505 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv435 |
| TDCJ, ET AL. | § | |

O R D E R

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love, who issued an Initial Report and Recommendation concluding that a motion for a preliminary injunction should be denied. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's motion for a preliminary injunction (docket entry #8) and motion for a hearing on his motion for a preliminary injunction (docket entry #24) are **DENIED**.

**It is SO ORDERED.**

**SIGNED this 17th day of November, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE