IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WILLIAM E. CHANCE, JR., #644505 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv435 |
| TDCJ, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff William E. Chance, Jr., an inmate confined in the Texas prison system, filed the above-styled and numbered lawsuit. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Second Report and Recommendation concluding that the Defendants' motion for summary judgment should be granted. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Second Report and Recommendation (docket entry #71) is **ADOPTED**. It is further

**ORDERED** that the Defendants' motion for summary judgment (docket entry #59) is **GRANTED** and the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 8th day of August, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE